UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF CARATUBE INTERNATIONAL OIL COMPANY | Misc. Action No. 10-0285  (JDB) |

### ORDER

On the Court's own motion, and upon consideration of the entire record herein, it is hereby

**ORDERED** that, by not later than May 28, 2010, respondents to this action shall show cause as to why [1] Caratube's petition for discovery should not be granted.  Respondents may, in the alternative, indicate to the Court their intention to comply with Caratube's subpoena; and it is further

**ORDERED** that Caratube shall serve forthwith a copy of this Order on respondents.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: May 10, 2010