**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:                                                    ) | |
|                                                                    ) | |
| **APPLICATION OF CARATUBE**              ) | |
| **INTERNATIONAL OIL, CO.**                    ) | Case No. 1:10-mc-00285 (JDB) |
|                                                                    ) | |
|     **Applicant.**                                            ) | |
|                                                                    ) | |

**MOTION FOR PROTECTIVE ORDER**

     COMES NOW BGR Group, by and through the undersigned counsel, and pursuant to Rules 26 (c) and 45 of the Federal Rules of Civil Procedure, moves this Court to enter a Protective Order to protect BGR Group, a non-party, from discovery obligations that are unduly time consuming and expensive and otherwise objectionable. Counsel certifies that he consulted with counsel for Caratube International Oil Company, the entity seeking discovery, and was unable to resolve this motion without the intervention of the Court.

     A Memorandum of Points and Authorities, as well as a Proposed Order, are filed herewith.

     WHEREFORE, BGR Group requests that the instant motion be granted.

                                                                                         **BGR Group**
                                                                                          **By Counsel**

/s/ Edward B. MacMahon, Jr.
Edward B. MacMahon, Jr.
D.C. Bar No.  411165
Law Office of Edward B. MacMahon,  Jr.
1307 New Hampshire Ave., NW
Second Floor
Washington, DC    20036
(202) 775-1307
(202) 775-1309 (facsimile)
ebmjr@verizon.net
Counsel for BGR Group

## CERTIFICATE OF SERVICE

     I certify that on May 28th, 2010, I caused copies of the foregoing document and any attachments to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties of record at the e-mail addresses on file with the Clerk of the Court.

                                        /s/ Edward B. MacMahon, Jr.
                                        Edward B. MacMahon, Jr.