UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------ X
IN RE:                                                             :
                                                                   :
APPLICATION OF CARATUBE                                            :
INTERNATIONAL OIL COMPANY,                      Case No. 1:10-mc-00285 (JDB)
                                                                   :
                                                                   :
                        Applicant.                                 :
------------------------------------------------------------------ X

**MOTION OF THE REPUBLIC OF KAZAKHSTAN TO INTERVENE PURSUANT TO RULE 24(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE IN ORDER TO OPPOSE CIOC'S PETITION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Non-party Republic of Kazakhstan, by and through the undersigned counsel, upon the annexed Declaration of Peter M. Wolrich, dated May 27, 2010, with exhibits, the accompanying Memorandum of Points and Authorities in Support of the Motion and proposed Order, hereby moves to intervene in this action as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2), in order to oppose CIOC's Petition for Discovery Pursuant to 28 U.S.C. § 1782.

DATED: May 28, 2010

                Respectfully submitted,

                CURTIS, MALLET-PREVOST,
                  COLT & MOSLE LLP

                By: _____
                    Joseph D. Pizzurro (DC Bar No. 468922)
                1717 Pennsylvania Avenue, N.W.
                Washington, D.C. 20006
                Tel: (202) 452-7373
                Fax: (202) 452-7333

                *Attorneys for Republic of Kazakhstan*

7741986v1