# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 10-0285-JDB |
| APPLICATION OF CARATUBE ) | |
| INTERNATIONAL OIL COMPANY, ) | |
| ) | |
| Applicant. ) | |

## CARATUBE INTERNATIONAL OIL COMPANY'S MOTION
## TO SET ONE DUE DATE FOR CONSOLIDATED RESPONSE

In response to the Court's May 10, 2010 Order to Show Cause as to why Caratube International Oil Company's Petition for Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 should not be granted, the five respondents filed various responses. On May 28, 2010, respondent BGR Group filed a Motion for Protective Order; respondents Krull Corp. and Mirtchev simply filed a response arguing that the Petition be denied; respondent Policy Impact Communications filed no response with the Court but did lodge objections with counsel for Caratube; and respondent GlobalOptions, Inc. apparently mailed a response on May 28 opposing the Petition but did not file it with the Court until June 4, 2010, *after* Caratube filed a motion arguing that GlobalOptions should be deemed to have waived any objections to the Petition. In addition, the Government of Kazakhstan itself moved to intervene on May 28, 2010.

In light of these various filings and the possibility under the Federal and Local rules that Caratube's oppositions, responses or replies to these various filings are due on different dates,[1]

---

[1] It is unclear, for example, whether the responses filed by some respondents would mean that any response Caratube now files would be subject to the time for filing a reply memorandum or an opposition memorandum whereas the time for filing an opposition to a motion like the one

(continued…)

Caratube moves the Court for an Order, in the form attached, that Caratube file one consolidated response to all of the above filings by the respondents and Kazakhstan on or before Friday, June 11, 2010.  We submit that such an approach will be more efficient for the Court and the respondents and that this approach will be in everyone's best interests in terms of resolving the issues in the most efficient manner.  Moreover, counsel for Caratube represent to the Court that in filing a consolidated response counsel will not exceed or seek to exceed the page limitations permitted by the Local Rules for one opposition memorandum.

WHEREFORE, we ask the Court to enter the Order in the form attached and permit Caratube to file one consolidated response to the various motions, oppositions and replies on or before Friday, June 11, 2010.

                                                      Respectfully submitted,

                                                     /s/  Michael L. Martinez
                                                Michael L. Martinez, DC BAR #347310
                                                Stuart H. Newberger, DC Bar #294793
                                                CROWELL & MORING LLP
                                                1001 Pennsylvania Avenue, NW
                                                Washington, D.C.  20004
                                                (202) 624-2945
                                                *Counsel for Applicant*
                                                *Caratube International Oil Co.*

Dated: June 7, 2010

---

(continued)

filed by Kazakhstan is clearer.  In an effort to resolve this issue, Caratube submits that the easiest and most efficient resolution is the one suggested by this motion, that the Court Order that a consolidated response be filed on one date – June 11, 2010.

**Certificate of Service**

I hereby certify that on this 7th day of June, 2010, I caused true and correct copies of the foregoing "Caratube International Oil Company's Motion to Set One Due Date for Consolidate Response," with proposed Order, to be filed with the Clerk of Court using the ECF system upon:

Warren Anthony Fitch
David I. Ackerman
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
*Counsel for Alexander Mirtchev and The Krull Corp.*

Morton S. Taubman
Mark David Hunter
LESER HUNTER TAUBMAN & TAUBMAN, PLLC
255 University Drive
Coral Gables, FL 33134
*Counsel for Global Options, Inc.*

Edward B. MacMahon, Jr.
LAW OFFICES OF EDWARD B. MACMAHON, JR.
1307 New Hampshire Ave, NW
Second Floor
Washington, DC 20036
*Counsel for BGR Group*

Joseph Dominic Pizzurro
CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
101 Park Avenue
New York, NY 10178-0002
*Counsel for Movant The Republic of Kazakhstan*

And a copy was sent by first class U.S. mail to:

Benjamin D. May
Policy Impact Communications
1401 K Street, N.W. Suite 600
Washington, D.C. 20005
*Counsel for Policy Impact Communications, Inc.*

                                                /s/   Michael L. Martinez
                                                Michael L. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                                      |   |                          |
|--------------------------------------|---|--------------------------|
| IN RE:                               | ) |                          |
|                                      | ) | Misc. No. 10-0285-JDB    |
| APPLICATION OF CARATUBE              | ) |                          |
| INTERNATIONAL OIL COMPANY,           | ) |                          |
|                                      | ) |                          |
|        Applicant.                    | ) |                          |

## ORDER

Upon consideration of Caratube International Oil Company's Motion to Set One Due Date for a Consolidated Response to all pending motions and responses pending in this matter, and the entire record herein, it is by the Court this _____ day of June, 2010, hereby

ORDERED, that the motion be and hereby is GRANTED and that Caratube file a Consolidated Response in Support of Caratube International Oil Company's Petition for Discovery in Aid of a Foreign Proceeding Pursuant to Section 28 U.S.C. § 1782 on or before June 11, 2010.

_____
John D. Bates
United States District Judge